STATE BOARD OF MEDICAL EXAMINERS OF NEW JERSEY, PLAINTIFF-PROSECUTOR, v. ANNA SABOL, DEFENDANT.

Submitted October term, 1926—Decided January 19, 1927.

Practice of Medicine—Record Reveals Case One Entirely of Fact—Cases Tried Without a Jury, the Judge Determines the Facts—The Judgment For Defendant is Affirmed.

On *certiorari*.

Before Justices BLACK and CAMPBELL.

For the plaintiff-prosecutor, *Edward L. Katzenbach,* attorney-general, and *Grover C. Richman,* assistant attorney-general.

For the defendant, *Nathan H. Berger.*

PER CURIAM.

The defendant was charged with having violated section 10 of "An act to regulate the practice of medicine and surgery," &c., approved May 22d, 1894, as amended by the act approved April 8th, 1921. *Pamph. L.* 1921, *p.* 702. The defendant was tried before the First District Court of the city of Newark, without a jury. The court found the defendant not guilty. The writ of *certiorari* seeks to set aside the judgment of the court below. Our reading of the record in this case leads us to the conclusion that the case is one entirely of fact.

It is the settled law of this court not to review questions of fact, in reviewing the decisions of inferior tribunals. *McAdam* v. *Block,* 63 *N. J. L.* 508.

Cases tried without a jury the judge settles and determines the facts. *Bound Brook Stove Works* v. *Ellis,* 98 *N. J. L.* 523. In this case there is evidence on which the judgment of the court below rests.

The judgment of the First District Court of Newark is affirmed.